In the Matter of PATRICIA A. FORAKER, Respondent, v DAVID R. FORAKER, Appellant. [666 NYS2d 98] —Order unanimously affirmed without costs. Memorandum: Respondent father appeals from an order of Family Court awarding custody of the parties' two children to petitioner mother. We reject his

contention that the court erred in failing to award joint custody. Joint custody should not be imposed on parents such as these who are unable to get along (*see, Braiman v Braiman*, 44 NY2d 584, 589-590; *Matter of Buffy E. v Lance C.*, 227 AD2d 903, 904). (Appeal from Order of Onondaga County Family Court, Klim, J.—Custody.) Present—Lawton, J. P., Hayes, Wisner, Callahan and Boehm, JJ.